Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  16–27638–VFP
                              Chapter:  7
                              Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joelison Dominguez–Martinez
   470–472 E. 37th Street
   Paterson, NJ 07504

Social Security No.:
   xxx–xx–7430

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Donald V. Biase is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 15, 2016</u>            <u>Vincent F. Papalia</u>
                                            Judge, United States Bankruptcy Court